Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ZF TRADING NORTH AMERICA, INC.

    Plaintiff,

  - against -

M/V SUMIDA etc et al

    Defendants.
-------------------------------------------------------------X

**08 Civ.** 1893

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, ZF TRADING NORTH AMERICA, INC., and submits in duplicate

its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

ZF TRADING NORTH AMERICA, INC, is a privately owned company with no publicly

traded parents, affiliates or subsidiaries.

Dated: New York, New York
  February 25, 2008

        CASEY & BARNETT, LLC
        Attorneys for Plaintiff

     By: _____
        Martin F. Casey (MFC-1415)
        317 Madison Avenue, 21st Floor
        New York, New York 10017
        (212) 286-0225