*M printence*

David A. Nourse (9331)
NOURSE & BOWLES, LLP
Attorneys for Defendants
MTO Maritime and Hokoku Marine
One Exchange Plaza
At 55 Broadway, 30th Floor
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ZF TRADING NORTH AMERICA, INC.          :
                          Plaintiff,    :
                                        :               08 Civ. 1893 (VM)
              against                   :
                                        :
M/V SUMIDA, her engines, boilers, tackle, etc.,  :
GLOBAL OCEAN AGENCY LINES LLC;          :     STIPULATION EXTENDING DEFENDANTS'
MTO MARITIME; and HOKOKU MARINE,        :     TIME TO APPEAR, MOVE OR ANSWER
                                        :
                          Defendants.   :
                                        :
--------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned attorneys that the time

of defendants MTO Maritime and Hokoku Marine to appear, move or answer with respect to

plaintiff's Complaint be and hereby is extended to and including July 28, 2008.

Dated:       New York, New York
             May 21, 2008

CASEY & BARNETT, LLC                          NOURSE & BOWLES, LLP
Attorneys for Plaintiff ZF TRADING NORTH      Attorneys for Defendants MTO MARITIME
AMERICA, INC                                  and HOKOKU MARINE

By: _Martin F Casey_                          By: _____

    Martin F. Casey (1478)                        David A. Nourse (9331)
    317 Madison Avenue                            One Exchange Plaza
    21st Floor                                    New York, NY 10006
    New York, NY 10017                            At 55 Broadway, 30th Floor
    (212) 286-0225                                (212) 952-6200

SO ORDERED: 5-3-08

    Victor Marrero, U.S.D.J.