James J. Ruddy (JR-6493)
McDERMOTT & RADZIK, LLP
Attorneys for Defendant
GLOBAL OCEAN AGENCY LINES LLC
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```

---------------------------------------------------------------X

Z F TRADING NORTH AMERICA, INC.,

                Plaintiff,

-against-

M/V "SUMIDA", her engines, boilers, tackle, etc.,
GLOBAL OCEAN AGENCY LINES LLC,
MTO MARITIME and HOKUKU MARINE,

                Defendants.

---------------------------------------------------------------X

08 CIV 1893 (VM)

**STIPULATION EXTENDING DEFENDANT'S TIME TO APPEAR MOVE OR ANSWER**

It is hereby stipulated and agreed by and between the undersigned attorneys that the time of defendant GLOBAL OCEAN AGENCY LINES LLC to appear, move or answer with respect to plaintiff's Complaint be and hereby is extended to and including July 28, 2008.

Dated: New York, New York
         May 30, 2008

| | |
|---|---|
| CASEY & BARNETT, LLC<br>Attorneys for Plaintiff<br>Z F TRADING NORTH AMERICA, INC. | McDERMOTT & RADZIK, LLP<br>Attorneys for Defendant<br>GLOBAL OCEAN AGENCY LINES LLC |
| By: _Martin F. Casey_<br>Martin F. Casey (MC-1475)<br>317 Madison Avenue 21st Floor<br>New York, New York 10017<br>212-286-0225 | By: _James J. Ruddy_<br>James J. Ruddy (JR-6493)<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005<br>212-376-6400 |

SO ORDERED: 4 June 2008

_Victor Marrero, U.S.D.J._

c:\documents and settings\etta\my documents\etta\jjruddy\gm-08-3630\stip extending time 053008.doc