James J. Ruddy (JR-6493)
McDERMOTT & RADZIK, LLP
Attorneys for Defendant
GLOBAL OCEAN AGENCY LINES LLC
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400

------------------------------------------------------------X

Z F TRADING NORTH AMERICA, INC.,

                Plaintiff,

  -against-

M/V "SUMIDA", her engines, boilers, tackle, etc.,
GLOBAL OCEAN AGENCY LINES LLC,
MTO MARITIME and HOKUKU MARINE,

                Defendants.

------------------------------------------------------------X

08 CIV 1893 (VM)

**STIPULATION EXTENDING DEFENDANT'S TIME TO APPEAR MOVE OR ANSWER**

It is hereby stipulated and agreed by and between the undersigned attorneys that the time of defendant GLOBAL OCEAN AGENCY LINES LLC to appear, move or answer with respect to plaintiff's Complaint be and hereby is extended to and including July 28, 2008.

Dated: New York, New York
       May 30, 2008

CASEY & BARNETT, LLC
Attorneys for Plaintiff
Z F TRADING NORTH AMERICA, INC.

By: _____
    Martin F. Casey (MC-1495)
    317 Madison Avenue 21st Floor
    New York, New York 10017
    212-286-0225

McDERMOTT & RADZIK, LLP
Attorneys for Defendant
GLOBAL OCEAN AGENCY LINES LLC

By: _____
    James J. Ruddy (JR-6493)
    Wall Street Plaza
    88 Pine Street
    New York, New York 10005
    212-376-6400

SO ORDERED: 10 June 2008
_____
Victor Marrero, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

c:\documents and settings\etta\my documents\etta\jjruddy\gm-08-3630\stip extending time 053008.doc