```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZF TRADING NORTH AMERICA, INC.

      Plaintiff,

  - against -

M/V SUMIDA etc et al.

      Defendants.
----------------------------------------X

08 Civ. 1893 (VM)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

The above-captioned matter having been settled pursuant to agreement by and between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within 30 days of the date of entry of the order in the event that the settlement is not concluded.

Dated: New York, New York
       July 31, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff

By: _/s/ Martin F. Casey_
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

**MCDERMOTT & RADZIK LLP**
Attorneys for Defendant Global Ocean
Agency Lines LLC    _by MFC pursuant to telephone authority_

By: _/s/ James J. Ruddy_
    James J. Ruddy
88 Pine Street, Wall Street Plaza
New York, New York 10005
(212) 376-6400

NOURSE & BOWLES, LLP
Attorneys for Defendants MTO Marine
and Hokoku Marine

By: _____
       David A. Nourse
One Exchange Plaza at 55 Broadway
New York, New York 10006
(212) 952-6200

SO ORDERED: 31 July 2008

_____
U.S.D.J.
Victor Marrero

2